IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiffs, | 8:22CR162 |
| vs. | |
| CHERYL ANN GONZALES, | ORDER |
| Defendants. | |

    A telephone status conference was held today.  During the telephone conference, defense counsel notified the court that Defendant has not decided whether to enter a plea of guilty or go to trial due to issues Defendant is having.  Defense counsel moved to continue the status conference.  The government did not object.  Based on the comments of counsel, the court finds good cause has been shown and the oral motion to continue should be granted. Accordingly,

    IT IS ORDERED:

1)     A telephonic conference with counsel will be held before the undersigned magistrate judge at 3:00 p.m. on October 12, 2023 to discuss setting any change of plea hearing or the date of the jury trial. Counsel for all parties shall use the conferencing instructions provided by the court to participate in the call.

2)     In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and October 12, 2023**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

    Dated this 29th day of August, 2023.

                                                                                      BY THE COURT:

                                                                                      s/ Susan M. Bazis
                                                                                       United States Magistrate Judge